IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TINA BETHANY, Individually and
on Behalf of Others Similarly Situated                                    PLAINTIFF

v.                              No. 3:17-cv-10-DPM

CAREPLUS STAFFING SERVICES LLC;
SUMMIT HEALTH AND REHABILITATION
LLC; PROGRESSIVE ELDERCARE SERVICES
INC., d/b/a Southern Trace Rehabilitation and
Care Center; COURTYARD REHABILITATION
AND HEALTH CENTER LLC; SA ELDERCARE
LLC; PROGRESSIVE ELDERCARE SERVICES
MORRILTON INC., d/b/a Brookridge Cove
Rehabilitation and Care Center; JOHN
PONTHIE; LAWRENCE OPERATIONS LLC,
d/b/a Walnut Ridge Nursing & Rehabilitation
LLC; OHI HEALTHCARE PROPERTIES
LIMITED PARTNERS; and OHI ASSET (AR)
WALNUT RIDGE LLC                                                          DEFENDANTS

## ORDER

The stay is lifted. The joint motion to approve, № 37, is granted. The parties' proposed settlement is fair and reasonable all around. Bethany is made whole. The fees are modest. (The Court doesn't have the benefit of billing records, but doesn't need them to evaluate this deal because the docket reflects more work by counsel than they're getting paid for.) And this proposal is the product of arms-length negotiations. The case will be dismissed with prejudice.

So Ordered.

*DPMarshallJr.*
D.P. Marshall Jr.
United States District Judge

7 December 2017