IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TINA BETHANY, Individually and on Behalf of
Others Similarly Situated                                               PLAINTIFF

v.                          No. 3:17-cv-10-DPM

CAREPLUS STAFFING SERVICES LLC;
DIVERSICARE LEASING CORP, d/b/a
Arbor Oaks Healthcare and Rehabilitation
Center; ASH FLAT HEALTHCARE AND
REHABILITATION CENTER; ASH FLAT
NURSING AND REHABILITATION CENTER;
CONWAY HEALTHCARE AND
REHABILITATION CENTER; DES ARC
NURSING AND REHABILITATION CENTER;
EUREKA SPRINGS HEALTHCARE AND
REHABILITATION CENTER; EUREKA SPRINGS
NURSING AND REHABILITATION CENTER;
GARLAND NURSING AND REHABILITATION
CENTER; NEWPORT HEALTHCARE AND
REHABILITATION CENTER; OUACHITA
NURSING AND REHABILITATION CENTER;
PINEDALE NURSING AND REHABILITATION
CENTER; POCAHONTAS HEALTHCARE AND
REHABILITATION CENTER; POCAHONTAS
NURSING AND REHABILITATION CENTER;
RICH MOUNTAIN NURSING AND
REHABILITATION CENTER; SHERIDAN
HEALTHCARE AND REHABILITATION CENTER;
SHERIDAN NURSING AND REHABILITATION
CENTER; PINES NURSING AND

REHABILITATION CENTER; WALNUT RIDGE
NURSING AND REHABILITATION CENTER;
SOUTHERN ADMINISTRATIVE SERVICES LLC;
SUMMIT HEALTH AND REHABILITATION LLC;
PROGRESSIVE ELDERCARE SERVICES, INC.,
d/b/a Southern Trace Rehabilitation and Care
Center; COURTYARD REHABILITATION AND
HEALTH CENTER LLC; SA ELDERCARE LLC;
PROGRESSIVE ELDERCARE SERVICES
MORRILTON, INC., d/b/a Brookridge Cove
Rehabilitation and Care Center; JOHN PONTHIE;
OMEGA HEALTHCARE INVESTORS, INC., d/b/a
Southern Administrative Services LLC; POLK
OPERATIONS LLC; CAMDEN OPERATIONS
LLC; FAULKNER OPERATIONS LLC; PINES
OPERATIONS LLC; GARLAND OPERATIONS
LLC; PRAIRIE OPERATIONS LLC; SHARP
OPERATIONS LLC; LAWRENCE OPERATIONS
LLC, d/b/a Walnut Ridge Nursing and
Rehabilitation LLC; RANDOLPH OPERATIONS
LLC; GRANT OPERATIONS LLC; MALVERN
OPERATIONS LLC; OHI HEALTHCARE
PROPERTIES LIMITED PARTNERS; and OHI
ASSET (AR) WALNUT RIDGE LLC           DEFENDANTS

## JUDGMENT

The second amended complaint is dismissed with prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 December 2017